| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of DKB, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation, KOO CONSTRUCTION, INC., a California corporation,<br><br>Defendants. | No. 2:17-cv-01425-KJN<br><br>**ORDER** |
| UNITED STATES OF AMERICA, for the use and benefit of SHEPARD MECHANICAL CONTRACTORS, INC., and SHEPARD MECHANICAL CONTRACTORS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation, KOO CONSTRUCTION, INC., a California corporation,<br><br>Defendants. | No. 2:17-cv-00094-KJN |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Presently pending before the court are motions to consolidate the above-captioned matters. (DKB, Inc. v. Travelers Casualty & Surety Company of America, et al., 2:17-cv-01425-KJN, ECF No. 19; Sheppard Mechanical Contractors, Inc. v. Travelers Casualty & Surety Company of America, et al., 2:17-cv-00094-KJN, ECF No. 22.) Currently, these motions are set to be heard before the undersigned on January 25, 2018, at 10:00 a.m., in Courtroom 25.

On December 14, 2017, the court was notified that the parties in Sheppard Mechanical, 2:17-cv-00094-KJN, have reached a settlement through the court's Voluntary Dispute Resolution Program. As a result, it appears that the pending motions to consolidate are now moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Parties in Sheppard Mechanical Contractors, Inc. v. Travelers Casualty & Surety Company of America, et al., 2:17-cv-00094-KJN, shall file dispositional documents by February 14, 2018.

2. Within fourteen (14) days of this order, parties in the above-captioned cases shall show cause as to why the hearing set for January 25, 2018 should not be vacated, and why the motions to consolidate (DKB, Inc., 2:17-cv-01425-KJN, ECF No. 19; Sheppard Mechanical, 2:17-cv-00094-KJN, ECF No. 22) should not be denied as moot.

IT IS SO ORDERED.

Dated: December 18, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/17-1425 and 17-94. otc re consolidation hearing